# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RMS OF WISCONSIN, INC.,**

        Plaintiff,

        **-vs-**

**Case No. 07-C-942**

**UNITED STATES OF AMERICA,**

        Defendant and Third Party Plaintiff,

        -vs-

**TAMMY MIRAMONTES
and RICK WILINSKI,**

        Third Party Defendants.

## ORDER FOR DISMISSAL

As stipulated by the parties,

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 2nd day of July, 2008.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**